[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11563
Non-Argument Calendar

_____

D.C. Docket No. 4:96-cr-00075-MP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEWAYNE DUGAN,
a.k.a. Fat Dugan,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 5, 2012)

Before HULL, JORDAN and KRAVITCH, Circuit Judges

PER CURIAM:

Chet Kaufman, on behalf of Randolph P. Murrel, Federal Public Defender
and appointed counsel for Dewayne Dugan in this appeal from the denial of an 18
U.S.C. § 3582(c)(2) sentence reduction motion, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Dugan's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.